# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reade, Linda R. | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>4200 C. Street SW<br>Cedar Rapids, IA 52404 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Eighth Circuit Historical Society |
| 2. Director | Northern District of Iowa Branch of Eighth Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 10: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Bradshaw Fowler Proctor & Fairgrave, PC - wages and employee benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 3. Liberty Bank Account 2 | D | Interest | | | Closed | 5/1 | J | | |
| 4. CSCO Stock | | None | J | T | | | | | |
| 5. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 6. VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | | | | | |
| 7. Deferred Comp Plan | C | Int./Div. | J | T | | | | | |
| 8. -Stock Index Fund-Valic | | None | | | | | | | |
| 9. -Science & Technology Fund-Valic | | None | | | | | | | |
| 10. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 11. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 12. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 13. IRA Account | | None | J | T | | | | | |
| 14. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 15. -Schwab Money Market Fund | | | | | | | | | |
| 16. -Capmark Bank CD | | | | | Buy | 10/15 | M | | |
| 17. -Commerica Bank CD | | | | | Buy | 10/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Corp Backed Tr Gold Sachs | | | | | Buy | 10/1 | K | | |
| 19. | | | | | Sold | 10/16 | K | | |
| 20. -Altria Group Inc | | | | | Buy | 12/26 | J | | |
| 21. -American Intl Group Inc | | | | | Sold | 10/9 | J | | |
| 22. -American Tech Grp Inc | | | | | | | | | |
| 23. -Apple | | | | | | | | | |
| 24. -Authentidate Hldg Corp | | | | | | | | | |
| 25. -Oncothyreon (Biomira Inc) | | | | | | | | | |
| 26. -Blue Chip Value Fd Inc | | | | | | | | | |
| 27. -Breed Technologies | | | | | | | | | |
| 28. -Canam Uranium | | | | | Transferred (to line 29) | 11/14 | J | | |
| 29. -CleanpathRes Corp | | | | | Transferred (from line 28) | 11/4 | J | | |
| 30. -ConocoPhilips | | | | | buy | 11/10 | K | | |
| 31. | | | | | Buy (add'l) | 12/03 | K | | |
| 32. -Corrections Cp Amer | | | | | Buy (add'l) | 5/7 | K | | |
| 33. | | | | | Sold | 10/16 | K | | |
| 34. | | | | | Buy | 11/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Dodge & Cox Intl Stock Fund | | | | | Sold | 10/8 | K | | |
| 36. -Endologix Inc | | | | | | | | | |
| 37. -General Electric Company | | | | | | | | | |
| 38. -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | Buy (add'l) | 5/7 | K | | |
| 39. | | | | | Sold | 10/16 | L | | |
| 40. -India Fund | | | | | Sold | 2/15 | K | | |
| 41. -Iowa Telecommunications | | | | | Buy | 7/15 | K | | |
| 42. -Level 3 Communications | | | | | | | | | |
| 43. -Market Vectors Gold Miners | | | | | | | | | |
| 44. -Microsoft | | | | | Buy | 8/11 | L | | |
| 45. | | | | | Sold (part) | 10/1 | L | | |
| 46. -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 47. -Provident EnergyTrust | | | | | Buy | 2/25 | K | | |
| 48. -St. Joe Company | | | | | Buy | 2/25 | K | | |
| 49. | | | | | Sold | 10/1 | K | | |
| 50. -Southmark Corp | | | | | | | | | |
| 51. -Sun Health Care | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |
| 53. -Time Warner Inc | | | | | | | | | |
| 54. -Wal-Mart DE Cv Spn Adr F | | | | | Buy | 4/24 | J | | |
| 55. -Wells Fargo & Co | | | | | Sold | 10/9 | L | | |
| 56. -X C L Ltd | | | | | Closed | 10/24 | J | | |
| 57. -Blackrock Health Sciences Fund | | | | • | Buy (add'l) | 12/11 | K | | |
| 58. -Capital World Growth & Income Fd CL A American Funds | | | | | Sold | 7/7 | K | | |
| 59. -Fidelity Adv Eqty Growth Fund | | | | | Sold | 7/2 | M | | |
| 60. -Fidelity Adv Overseas Class T | | | | | Sold | 7/2 | M | | |
| 61. -Amercian Century Opportunity ( Kopp Emerging Growth Fund) | | | | | Sold | 7/2 | K | | |
| 62. -Matthews Pacific Tiger Fund | | | | | Sold | 7/1 | K | | |
| 63. -MFS Emerging Growth Fund | | | | | Sold | 7/2 | L | | |
| 64. -MFS Global Fund CL A | | | | | Sold | 7/2 | K | | |
| 65. -Nuveen Multi Strat | | | | | Buy | 2/25 | L | | |
| 66. | | | | | Sold | 10/9 | K | | |
| 67. -Oppenheimer Global Fund | | | | | Sold | 7/2 | L | | |
| 68. -Putnam New Opportunties | | | | | Sold | 7/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Pacific Stock Fund | | | | | Sold | 7/1 | K | | |
| 70. -General Growth PPTYS | | | | | | | | | |
| 71. -Audible | | | | | Sold | 2/5 | J | | |
| 72. -Laudus Equity Fund | | | | | Sold | 10/8 | K | | |
| 73. -Sirius Sat. Radio | | | | | Transferred (from line 74) | 7/30 | J | | |
| 74. -XM Satellite Radio | | | | | Transferred (to line 73) | 7/30 | J | | |
| 75. -Annaly Cap Mgmt REIT | | | | | Buy | 12/26 | K | | |
| 76. McVean Trading and Investment | A | Int./Div. | K | T | Buy | 4/16 | K | | |
| 77. Farming Operation Crops | E | | | | | | | | |
| 78. -Farm 1 Dallas Co., IA | | | M | W | | | | | |
| 79. -Farm 3 Dallas Co. IA | D | Royalty | L | W | | | | | |
| 80. -Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |
| 81. -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 82. -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 83. -Farm 8 Adair Co, IA | | | L | W | | | | | |
| 84. -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 85. -Farm 10 Adair Co, IA | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Farm 11 Adair Co, IA | | | K | W | | | | | |
| 87. -Farm 14 Adams Co, IA | D | Rent | M | W | | | | | |
| 88. -Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 89. -Farm 18 Adams Co, IA | B | Rent | K | W | | | | | |
| 90. -Farm 19 Taylor County, IA | B | Rent | K | W | | | | | |
| 91. Farm 20 Decatur County, IA | | | J | W | | | | | |
| 92. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 93. Mineral Interest,Dallas County, IA | D | Royalty | J | T | | | | | |
| 94. Royalty Interest, Bowman County, North Dakota | B | Royalty | J | T | | | | | |
| 95. Liberty Banshares Inc(Appraisal 12/31/08) | A | Dividend | P1 | Q | | | | | |
| 96. Ben Con Properties LLC | | None | K | U | | | | | |
| 97. Towne View Apartments, LTD | A | Interest | J | U | | | | | |
| 98. Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |
| 99. Safe Bulkers Inc. | | None | K | T | | | | | |
| 100. Tyco | A | Int./Div. | | | Buy | 2/5 | J | | |
| 101. | | | | | Sold | 9/10 | J | | |
| 102. Covidien LTD | A | Int./Div. | | | Buy | 1/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/9 | J | | |
| 104. Provident Energy | B | Dividend | J | T | Buy | 2/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PartVII---Line 56---Stock of no value and will not appear on future reports.  XCL Ltd had its registration revoked by SEC on 10/24/08

Line 77--Crop amount is for the farms listed at lines 78, 79, 81, 82, 83, 84, 86 and 91.

Line 54--Shares acquired in a stock dividend

Line 79--This is a payment for a utility easement on the farm from Midwest Energy

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

**SELF INITIATED AMENDMENT**

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reade, Linda R. | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>06/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>4200 C. Street SW<br>Cedar Rapids, IA 52404 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Eighth Circuit Historical Society |
| 2. Director | Northern District of Iowa Branch of Eighth Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Bradshaw Fowler Proctor & Fairgrave, PC - wages and employee benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Reade, Linda R. | – | 06/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 3. Liberty Bank Account 2 | D | Interest | | | Closed | 5/1 | J | | |
| 4. CSCO Stock | | None | J | T | | | | | |
| 5. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 6. VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | | | | | |
| 7. Deferred Comp Plan | C | Int./Div. | J | T | | | | | |
| 8. -Stock Index Fund-Valic | | None | | | | | | | |
| 9. -Science & Technology Fund-Valic | | None | | | | | | | |
| 10. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 11. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 12. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 13. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 14. -Schwab Money Market Fund | | | | | | | | | |
| 15. -Capmark Bank CD | | | | | Buy | 10/15 | M | | |
| 16. -Commerica Bank CD | | | | | Buy | 10/15 | M | | |
| 17. -Corp Backed Tr Gold Sachs | | | | | Buy | 10/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/16 | K | | |
| 19.  -Altria Group Inc | | | | | Buy | 12/26 | J | | |
| 20.  -American Intl Group Inc | | | | | Sold | 10/9 | J | | |
| 21.  -American Tech Grp Inc | | | | | | | | | |
| 22.  -Apple | | | | | | | | | |
| 23.  -Authentidate Hldg Corp | | | | | | | | | |
| 24.  -Oncothyreon (Biomira Inc) | | | | | | | | | |
| 25.  -Blue Chip Value Fd Inc | | | | | | | | | |
| 26.  -Breed Technologies | | | | | | | | | |
| 27.  -Canam Uranium | | | | | Transferred (to line 28) | 11/14 | J | | |
| 28.  -CleanpathRes Corp | | | | | Transferred (from line 27) | 11/4 | J | | |
| 29.  -ConocoPhilips | | | | | buy | 11/10 | K | | |
| 30. | | | | | Buy (add'l) | 12/03 | K | | |
| 31.  -Corrections Cp Amer | | | | | Buy (add'l) | 5/7 | K | | |
| 32. | | | | | Sold | 10/16 | K | | |
| 33. | | | | | Buy | 11/13 | K | | |
| 34.  -Dodge & Cox Intl Stock Fund | | | | | Sold | 10/8 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Endologix Inc | | | | | | | | | |
| 36. -General Electric Company | | | | | | | | | |
| 37. -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | Buy (add'l) | 5/7 | K | | |
| 38. | | | | | Sold | 10/16 | L | | |
| 39. -India Fund | | | | | Sold | 2/15 | K | | |
| 40. -Iowa Telecommunications | | | | | Buy | 7/15 | K | | |
| 41. -Level 3 Communications | | | | | | | | | |
| 42. -Market Vectors Gold Miners | | | | | | | | | |
| 43. -Microsoft | | | | | Buy | 8/11 | L | | |
| 44. | | | | | Sold (part) | 10/1 | L | | |
| 45. -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 46. -Provident EnergyTrust | | | | | Buy | 2/25 | K | | |
| 47. -St. Joe Company | | | | | Buy | 2/25 | K | | |
| 48. | | | | | Sold | 10/1 | K | | |
| 49. -Southmark Corp | | | | | | | | | |
| 50. -Sun Health Care | | | | | | | | | |
| 51. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Time Warner Inc | | | | | | | | | |
| 53.  -Wal-Mart DE Cv Spn Adr F | | | | | Buy | 4/24 | J | | |
| 54.  -Wells Fargo & Co | | | | | Sold | 10/9 | L | | |
| 55.  -X C L Ltd | | | | | Closed | 10/24 | J | | |
| 56.  -Blackrock Health Sciences Fund | | | | | Buy (add'l) | 12/11 | K | | |
| 57.  -Capital World Growth & Income Fd CL A American Funds | | | | | Sold | 7/7 | K | | |
| 58.  -Fidelity Adv Eqty Growth Fund | | | | | Sold | 7/2 | M | | |
| 59.  -Fidelity Adv Overseas Class T | | | | | Sold | 7/2 | M | | |
| 60.  -Amercian Century Opportunity ( Kopp Emerging Growth Fund) | | | | | Sold | 7/2 | K | | |
| 61.  -Matthews Pacific Tiger Fund | | | | | Sold | 7/1 | K | | |
| 62.  -MFS Emerging Growth Fund | | | | | Sold | 7/2 | L | | |
| 63.  -MFS Global Fund CL A | | | | | Sold | 7/2 | K | | |
| 64.  -Nuveen Multi Strat | | | | | Buy | 2/25 | L | | |
| 65. | | | | | Sold | 10/9 | K | | |
| 66.  -Oppenheimer Global Fund | | | | | Sold | 7/2 | L | | |
| 67.  -Putnam New Opportunties | | | | | Sold | 7/1 | K | | |
| 68.  -Vanguard Pacific Stock Fund | | | | | Sold | 7/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -General Growth PPTYS | | | | | | | | | |
| 70. -Audible | | | | | Sold | 2/5 | J | | |
| 71. -Laudus Equity Fund | | | | | Sold | 10/8 | K | | |
| 72. -Sirius Sat. Radio | | | | | Transferred (from line 73) | 7/30 | J | | |
| 73. -XM Satellite Radio | | | | | Transferred (to line 72) | 7/30 | J | | |
| 74. -Annaly Cap Mgmt REIT | | | | | Buy | 12/26 | K | | |
| 75. McVean Trading and Investment | A | Int./Div. | K | T | Buy | 4/16 | K | | |
| 76. Farming Operation Crops | E | | | | | | | | |
| 77. -Farm 1 Dallas Co., IA | | | M | W | | | | | |
| 78. -Farm 3 Dallas Co. IA | D | Royalty | L | W | | | | | |
| 79. -Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |
| 80. -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 81. -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 82. -Farm 8 Adair Co, IA | | | L | W | | | | | |
| 83. -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 84. -Farm 10 Adair Co, IA | D | Rent | M | W | | | | | |
| 85. -Farm 11 Adair Co, IA | | | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Farm 14 Adams Co, IA | D | Rent | M | W | | | | | |
| 87.  -Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 88.  -Farm 18 Adams Co, IA | B | Rent | K | W | | | | | |
| 89.  -Farm 19 Taylor County, IA | B | Rent | K | W | | | | | |
| 90.  Farm 20 Decatur County, IA | | | J | W | | | | | |
| 91.  Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 92.  Mineral Interest, Dallas County, IA | D | Royalty | J | T | | | | | |
| 93.  Royalty Interest, Bowman County, North Dakota | B | Royalty | J | T | | | | | |
| 94.  Liberty Banshares Inc (Appraisal 12/31/08) | A | Dividend | P1 | Q | | | | | |
| 95.  Ben Con Properties LLC | | None | K | U | | | | | |
| 96.  Towne View Apartments, LTD | A | Interest | J | U | | | | | |
| 97.  Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |
| 98.  Safe Bulkers Inc. | | None | K | T | Buy | 7/21 | K | | |
| 99.  Tyco | A | Int./Div. | | | Buy | 2/5 | J | | |
| 100. | | | | | Sold | 9/10 | J | | |
| 101.  Covidien LTD | A | Int./Div. | | | Buy | 1/5 | J | | |
| 102. | | | | | Sold | 12/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Provident Energy | B | Dividend | J | T | Buy | 2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PartVII---Line 55--Stock of no value and will not appear on future reports. XCL Ltd had its registration revoked by SEC on 10/24/08

Line 76--Crop amount is for the farms listed at lines 77, 78, 80, 81, 82, 83, 85 and 90

Line 53--Shares acquired in a stock dividend

Line 78--This is a payment for a utility easement on the farm from Midwest Energy

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 06/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat                                                                6-15-09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI                    JECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544